January 24, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

JOEY MORALES, Appellant

NO. 14-11-00879-CV                              V.

GEOPHYSICAL EXPLORER, LTD., GREG BRANNON AND GLOBAL
GEOPHYSICAL SERVICES, INC., Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 5, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by JOEY MORALES.

We further order this decision certified below for observance.